UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 05-299M |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| ASHLEY ALEXANDRA SABESKI, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:

    Importation of MDMA

<u>Date of Detention Hearing</u>:    June 17, 2005

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    Defendant is charged by Complaint with importation of MDMA into the United States from Canada. She is alleged to have been a passenger in a vehicle driven by her co-defendant in which 46 bags containing approximately 52.2 kilograms of ecstacy (MDMA) were found in the bed liner of the truck. It is alleged that the approximate retail value of the MDMA

was between $4 and $5 million.  Defendant allegedly admitted that she knew the driver was involved in illegal activity.

    (2)    Defendant, age 21, has no ties to this District.  She has lived in Canada all her life.  Her parents live in Ontario.  She has a sister who lives in British Columbia.  She has been unemployed for the last six months.  She is alleged to be a methamphetamine user.  The AUSA proffers that fraudulent identification documents were found on her person when searched incident to arrest.

    (3)    An immigration detainer has been lodged against the defendant.

    (4)    Defendant poses a risk of nonappearance based on lack of ties to this District, Canadian citizenship, and alleged substance abuse.  She poses a risk of danger based on the nature of the pending charges, particularly the quantity and alleged value of the drugs that were seized.

    (5)    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

    (1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

    (2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

    (3)    On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 2

01  (4) The clerk shall direct copies of this Order to counsel for the United States, to
02  counsel for the defendant, to the United States Marshal, and to the United States
03  Pretrial Services Officer.

04  DATED this  17th  day of June, 2005.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER                                                                    15.13
18 U.S.C. § 3142(i)                                                              Rev. 1/91
PAGE 3